IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATASHA LUBIN, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> STEVEN MNUCHIN, SECRETARY OF THE § <br> U.S. DEPARTMENT OF THE TREASURY § <br> AND § <br> OFFICE OF THE COMPTROLLER OF § <br> THE CURRENCY, § <br> DEFENDANT § | CASE NO._____ <br><br> United States Courts <br> Southern District of Texas <br> F I L E D <br><br> OCT 04 2019 <br><br> David J. Bradley, Clerk of Court |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought under Title VII of the Civil Rights act of 1964. Jurisdiction is based on Title 42 United States Code, Section 2000 e-5.

2. The Plaintiff is Natasha Lubin, whose address is 2400 Spring Rain Dr., Apt. 237, Spring, Harris County, Texas 77379.

3. The Defendant is Steven T. Mnuchin, Secretary of the U.S. Department of the Treasury; and the Office of the Comptroller of the Currency whose address is 1500 Pennsylvania Ave., N.W., Washington, DC 20220.

4. The Plaintiff filed a complaint with the Equal Employment Opportunity Commission.

5. On October 25, 2018 the Plaintiff received a Notice of Right to Sue letter issued by the EEOC. A copy of the EEOC Decision is attached.

6. The Plaintiff was the victim of harassment, disparate treatment, discrimination and forced to work in a hostile workplace, because of her race, color and national origin. Although the Plaintiff complained to her supervisors, nothing was done to correct the situation.

7. The Plaintiff requests that the Defendant be ordered to pay the Plaintiff compensatory damages, punitive damages and to re-employ the Plaintiff.

The court should grant other relief, including injunctions, court costs and attorney's fees.

Respectfully submitted,

*Kelly L Newman*
Kelly L. Newman
Attorney for Plaintiff
SBN: 14961000
Fed. Bar 62436
25301 Borough Park Drive, Suite 101
The Woodlands, Texas 77380
Office: 281-367-4447
Fax:     281-296-1601
attorneyatlawnewman@aol.com